# United States Court of Appeals
## For the First Circuit

Nos. 18-2248
    18-2249

IN RE DONALD C. KUPPERSTEIN,

Debtor.

DONALD C. KUPPERSTEIN,

Appellant,

v.

IRENE B. SCHALL, Personal Representative of the Estate of Fred
Kuhn; EXECUTIVE OFFICE OF HEALTH AND HUMAN SERVICES,

Appellees.

**ERRATA SHEET**

The opinion of this Court issued on November 15, 2019, is amended as follows:

On Page 3, line 8: the indicator for footnote 1 is moved to page 3, line 13 after the comma following "personal representative."